**Benson Watta WANAMBISI,**
**Petitioner–Appellant,**

**v.**

**UNITED STATES of America,**
**Respondent–Appellee.**

**No. 05–40796.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

Benson Watta Wanambisi, Beaumont, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Benson Watta Wanambisi, federal prisoner # 04013–265, appeals the dismissal of his 28 U.S.C. § 2241 habeas petition challenging his conviction and sentence for conspiracy to import heroin into the United States. Wanambisi contends that his sentence is unconstitutional in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Because Wanambisi challenges errors that occurred at sentencing, the claim may not be asserted in a § 2241 petition. *See Padilla v. United States,* 416 F.3d 424, 426–27 (5th Cir.2005). Insofar as he has suggested that he is entitled to proceed under § 2241 based on the "savings clause" of 28 U.S.C. § 2255, because relief under the latter section is "inadequate or ineffective," such suggestion is unavailing. *Id.* at 427. The district court's judgment is AFFIRMED. Wanambisi's motion to supplement the record is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.